IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARDO MARTINEZ | | |
| REG. #39243-048 | | PETITIONER |
| VS. | 2:08CV00139  JTR | |
| | | |
| T.C. OUTLAW, Warden, | | |
| FCI, Forrest City, Arkansas | | RESPONDENT |

**JUDGMENT**

Consistent with the Memorandum and Order that was entered on this day, it is

CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus,

pursuant to 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this habeas action is hereby

DISMISSED, WITH PREJUDICE.

Dated this 27th day of October, 2009

_____
UNITED STATES MAGISTRATE JUDGE